**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**BENTON DIVISION**

| | | |
|---|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINCKNEYVILLE COMMUNITY HOSPITAL DISTRICT D/B/A PINCKNEYVILLE COMMUNITY HOSPITAL,<br>Defendant. | ) | Case No. 3:24-cv-02166-NJR<br><br>Hon. Chief Judge Nancy J. Rosentengel |

**DEFENDANT PINCKNEYVILLE COMMUNITY HOSPITAL DISTRICT D/B/A PINCKNEYVILLE COMMUNITY HOSPITAL'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND LOCAL RULE 7.1**

Defendant, Pinckneyville Community Hospital District d/b/a Pinckneyville Community Hospital ("Pinckneyville"), by and through its undersigned attorney, respectfully moves to dismiss Plaintiff Jane Doe's Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.1 because Plaintiff has failed to state a legally cognizable claim against Pinckneyville upon which relief can be granted. The specific grounds for Pinckneyville's Motion are set forth in its Memorandum of Law, which is incorporated by reference.

WHEREFORE, Pinckneyville Community Hospital District d/b/a Pinckneyville Community Hospital respectfully requests that this Court enter an Order dismissing Plaintiff's Class Action Complaint with prejudice pursuant to Rule 12(b)(6), and for such other relief as this Court deems just and equitable.

Dated: December 13, 2024

Respectfully submitted,

By: /s/ Meagan P. VanderWeele

Meagan P. VanderWeele (IL No. 6316823)
**Gordon & Rees Scully Mansukhani, LLP**
One North Wacker, Suite 1600
Chicago, IL 60606
Telephone: (312) 619-4931
Facsimile: (312) 565-6511
*Attorneys for Pinckneyville Community Hospital District d/b/a Pinckneyville Community Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for all parties of record.

By: /s/ *Meagan P. VanderWeele*
Meagan P. VanderWeele