**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**BENTON DIVISION**

| | | |
|---|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINCKNEYVILLE COMMUNITY HOSPITAL DISTRICT D/B/A PINCKNEYVILLE COMMUNITY HOSPITAL,<br>Defendant. | ) | Case No. 3:24-cv-02166-NJR |

**UNOPPOSED MOTION TO VACATE DEADLINE FOR DEFENDANT PINCKNEYVILLE COMMUNITY HOSPITAL DISTRICT D/B/A PINCKNEYVILLE COMMUNITY HOSPITAL TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant, PINCKNEYVILLE COMMUNITY HOSPITAL DISTRICT D/B/A PINCKNEYVILLE COMMUNITY HOSPITAL ("Pinckneyville Community Hospital"), through its undersigned counsel, moves this Honorable Court to vacate the deadline for it to file a reply brief in support of its Motion to Dismiss Plaintiff's complaint. In support thereof, Pinckneyville Community Hospital states as follows:

1. On December 13, 2024, Pinckneyville Community Hospital filed its Motion to Dismiss and Memorandum in support of its Motion to Dismiss Plaintiff's Class Action Complaint. (Dkt. 14).

2. On January 13, 2025, Plaintiff filed its Response in Opposition to Defendant's Motion to Dismiss. (Dkt. 15).

3. On January 24, 2025, the Court granted Defendant's Unopposed Motion for Extension of Time to File a Reply Brief in Support of Its Motions to Dismiss and ordered Pinckneyville Community Hospital to file its reply on or before February 7, 2025. (Dkt. 17).

4. On February 7, 2025, the Court granted Defendant's Second Unopposed Motion for Extension of Time to File a Reply Brief in Support of Its Motions to Dismiss and ordered Pinckneyville Community Hospital to file its reply on or before February 28, 2025. (Dkt. 18).

5. Since then, the Parties have reached a settlement in principle.

6. Therefore, Pinckneyville Community Hospital's requests entry of an Order vacating the current deadline to file its reply brief. This request is not meant for purposes of unnecessary delay and will not prejudice the Plaintiff. Plaintiff's counsel has agreed to the requested extension.

WHEREFORE, Defendant, PINCKNEYVILLE COMMUNITY HOSPITAL DISTRICT D/B/A PINCKNEYVILLE COMMUNITY HOSPITAL, respectfully requests this Honorable Cour vacate the deadline to file its reply brief in support of its Motion to Dismiss.

Dated: February 27, 2025

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

/s/ *Meagan P. VanderWeele*
Meagan P. VanderWeele (6316823)
One North Wacker, Suite 1600
Chicago, IL 60606
T: (312) 619-4931
F: (312) 565-6511
mvanderweele@grsm.com
*Attorney for Defendant Pinckneyville Community Hospital District d/b/a/ Pinckneyville Community Hospital*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ *Meagan P. VanderWeele*
Meagan P. VanderWeele