IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANE DOE, individually and on behalf
of all others similarly situated,

        Plaintiff,

v.

                              Case No. 3:24-CV-02166-NJR

PINCKNEYVILLE COMMUNITY
HOSPITAL DISTRICT d/b/a
PINCKNEYVILLE COMMUNITY
HOSPITAL,

        Defendant.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal dated April 11, 2025 (Doc. 23), the individual claims in the Class Action Complaint and Jury Demand were **DISMISSED with prejudice,** and the claims of the putative class in the Class Action Complaint and Jury Demand were **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Further, this entire action is dismissed, and the case is closed.

**DATED:  April 15, 2025**

                              MONICA A. STUMP,
                              Clerk of Court

                              By:  s/ *Deana Brinkley*
                                  Deputy Clerk

APPROVED:  s/ *Nancy J. Rosenstengel*
                  NANCY J. ROSENSTENGEL
                  Chief U.S. District Judge